IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action NO.1: 13-cv-3259-AP

Darlene Romo *(f/k/a* Sigala)

Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,

Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Kenneth Shakeshaft
1935 Jamboree Drive, Suite 202
Colorado Springs, CO 80920
719-635-5886
office@shakeshaftlawfirm.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant United States Attorney
United States Attorney's Office
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Denver, Colorado 80294
303-844-0815 303-844-0770 (facsimile)
Stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed**: *12/3/13*

   **B. Date Complaint Was Served on U.S. Attorney's Office**: *12/18/13*

   **C. Date Answer and Administrative Record Were Filed**: *3/12/14*

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

   **A. Plaintiff's Opening Brief Due**:            June 16, 2014

   **B. Defendant's Response Brief Due**:        July 16, 2014

   **C. Plaintiff's Reply Brief (If Any) Due**:    August 15, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiff's Statement**: Plaintiff does not request oral argument.

**B. Defendant's Statement**: Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*<u>Indicate below the parties' consent choice</u>*.

**A. ()** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**B. ( X)** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH THE D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON <u>THE MOVING PARTY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.
*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 8th day of April, 2014

BY THE COURT:

  <u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

*s/ Kenneth J. Shakeshaft*
Kenneth J. Shakeshaft
1935 Jamboree Drive
Suite 202
Colorado Springs, CO 80920
719-635-5886
719-635-0966 (facsimile)
office@shakeshaftlawfirm.com

Attorneys for Plaintiff

*s/ Stephanie Lynn F. Kiley*
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street. Suite 4169
Denver, CO. 80294
303-844-0815
303-844-0770 (facsimile)
stephanie.kiley@ssa.gov
Attorneys for Defendant