**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03259-REB

DARLENE ROMO F/K/A DARLENE SIGALA

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Reversing Disability Decision and Remanding to Commissioner** [#24] of Judge Robert E. Blackburn entered on March 16, 2015 it is

ORDERED that the decision of Commissioner of Social Security is reversed and remanded. Plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court in the time and manner specified under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 16th day of March, 2015.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                By:  s/   A. Lowe

                                          A. Lowe
                                          Deputy Clerk