# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 1:13-cv-03259-REB

DARLENE ROMO, f/k/a DARLENE SIGALA

    Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY

    Defendant.

## ORDER APPROVING STIPULATION FOR ATTORNEY FEES

Blackburn, J.

    The matter before me is the parties' **Stipulation for Attorney Fees** [#28],[1] filed May 6, 2015. Having considered the motion and the file, and being sufficiently advised, I find and conclude that the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the parties' **Stipulation for Attorney Fees** [#28], filed May 6, 2015, is approved;

    2. That under the Equal Access to Justice Act, plaintiff is awarded attorney fees of $6,000.00; and

    3. That if, after receiving this order, the Commissioner (a) determines on effectuation of the order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (b) agrees to waive the requirements of the Anti-Assignment Act, the fees shall be made payable to plaintiff's attorney; however, if there

---

[1] "[#28]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

is a debt owed under the Treasury Offset Program, the Commissioner may not agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made payable to plaintiff, but delivered to plaintiff's attorney.

Dated May 7, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge